IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SCOTT STONE,<br><br>    Petitioner,<br><br>    vs.<br><br>R. LOPEZ, Warden,<br><br>    Respondent.<br>_____ / | 1:10-cv-01335 OWW MJS (HC)<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS<br><br>[Doc. 18]<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 14, 2011, Respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file a response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: February 15, 2011        /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE